## TILLERY *v.* STATE

[No. 26, September Term, 1964.]

*Decided October 15, 1964.*

The cause was submitted on the brief to HENDERSON, C. J., and HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

Submitted by *Howard J. Goren* for appellant.

Submitted by *Thomas B. Finan, Attorney General, Franklin Goldstein, Assistant Attorney General, William J. O'Donnell* and *Donald Needle, State's Attorney* and *Assistant State's Attorney,* respectively, *for Baltimore City,* for appellee.

PER CURIAM.

The appellant was convicted of robbery with a deadly weapon, and contends that the evidence was insufficient. The case re-

solves itself into a question of credibility as between the alleged victim and the appellant. On the record we cannot find that the trial court was clearly wrong.

*Judgment affirmed.*